UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 5 2014

Clerk, U.S. District and
Bankruptcy Courts

Thomas S. Miller,                    )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        Civil Action No.  *14-1330*
                                     )
Scott S. Harris *et al.*,            )
                                     )
        Defendants.                  )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this *1st* day of

August 2014,

ORDERED that the application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED; it

is

FURTHER ORDERED that this case is DISMISSED with prejudice; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that

an appeal of this final order would not be taken in good faith.

_____
United States District Judge