UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS S. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-1330 (UNA) |
| | ) | |
| SCOTT S. HARRIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby

ORDERED that the plaintiff's motion for leave to proceed on appeal *in forma pauperis* [8] is GRANTED.

SO ORDERED.

United States District Judge

DATE: 10/15/2014